IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CHARLES LITTLETON FRIDGE, III, | § § § | Case No. 24-35056 (JPN) (Chapter 11) |
| Debtors. | § | |

| | | |
|---|---|---|
| DANIELLE L. FRIDGE, | § § | |
| Plaintiff, | § § | |
| VS. | § § | Adv. Pro. No. 25-3019 |
| CHARLES LITTLETON FRIDGE, III, | § § § | |
| Defendant. | § | |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

TO NATHAN OCHSNER, CLERK OF COURT:

COME NOW, Plaintiff DANIELLE L. FRIDGE (the "Plaintiff") and makes this her Plaintiff's Request for Clerk's Entry of Default as follows:

1. On January 29, 2025, the Plaintiff filed her Original Complaint of Danielle L. Fridge to Determine Dischargeability of Debt and Except Debt from Discharge Under 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6). (the "Complaint").

2. On February 3, 2025, the Clerk issued the summons, and on February 4, 2025, the Plaintiff served the summons, Complaint, and a copy of the Court's Preliminary Pretrial Order on the Defendant Charles Littleton Fridge, III by regular, first class, United States mail, postage fully pre-paid at his residence address of 1307 Denman Road, Houston, Texas 77019. On February 4, 2025, the Plaintiff also sent a copy of the service to the Defendant's counsel, Richard L. Fuqua, via email at rlfuqua@fuqualegal.com.

3. The Defendant's answer was due on March 5, 2025. The Defendant has failed to file an answer in this adversary proceeding and is in default.

WHEREFORE, Plaintiff Danielle L. Fridge requests that the Clerk enter default in this adversary.

DATED:   March 18, 2025                    Respectfully submitted,

                                            **THE PROBUS LAW FIRM**

                                            By:/s/ *Matthew B. Probus*
                                                **Matthew B. Probus**
                                                Texas State Bar No. 16341200
                                                Fed. I.D. No. 10915

                                            10497 Town and Country Way, Suite 930
                                            Houston, Texas 77024
                                            (713) 258-2700 (Telephone)
                                            (713) 258-2701 (Facsimile)
                                            matthewprobus@theprobuslawfirm.com

                                            *ATTORNEYS FOR PLAINTIFF,*
                                            *DANIELLE L. FRIDGE*